# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 1:21-cv-00643-NONE-JLT |
| Plaintiff, | [**PROPOSED**] ORDER GRANTING EX PARTE APPLICATION FOR A CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE |
| v. | |
| RAYMOND DANIELS, and DOES 1 through 10, Inclusive, | (Doc. 7) |
| Defendants. | |

The Court has considered the Ex Parte Application for a Continuance of the Mandatory Scheduling Conference currently set for July 14, 2021, and, finding good cause, the Court grants the application. It is hereby order that the Mandatory Scheduling Conference shall be continued to October 22, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **June 25, 2021**      **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE