FOX ROTHSCHILD LLP
345 California St., Suite 2200
San Francisco, CA 94104
Christopher (Casey) McNamara (SBN 252140)
  cmcnamara@foxrothschild.com
Telephone:  (415) 364-5540
Facsimile:   (415) 391-4436

Attorneys for Plaintiff,
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND DANIELS, and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No.: 1:21-cv-00643-NONE-JLT <br><br> [PROPOSED] ORDER RE: WELLS FARGO BANK, N.A.'S *EX PARTE* APPLICATION FOR ORDER PERMITTING SERVICE BY PUBLICATION <br><br> (Doc. 9) |

1. The *Ex Parte* Application of Plaintiff, Wells Fargo Bank, N.A. ("Wells Fargo") to serve Defendant, Raymond Daniels by publication pursuant to Section 415.50 of the California *Code of Civil Procedure,* is **GRANTED**.

2. Wells Fargo **SHALL** serve Defendant, Raymond Daniels by publication in the Daily Journal in accordance pursuant to Section 415.50 of the California *Code of Civil Procedure*.

///
///
///

1

3. The scheduling conference is CONTINUED to December 17, 2021 at 9:00 am.

IT IS SO ORDERED.

Dated:  **September 15, 2021**               _ **/s/ Jennifer L. Thurston**
                                                                   CHIEF UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER RE: WELLS FARGO BANK, N.A.'S EX PARTE APPLICATION FOR ORDER PERMITTING SERVICE BY PUBLICATION

125642092.1125642092.1