1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11      WELLS FARGO BANK, N.A.,                    Case No.  1:21-cv-00643-JLT -EPG

12              Plaintiff,                         ORDER FOR PLAINTIFF TO SHOW CAUSE
                                                   WHY THIS CASE SHOULD NOT BE
13          v.                                     DISMISSED WITHOUT PREJUDICE FOR
                                                   FAILURE TO PROSECUTE
14      RAYMOND DANIELS,

15              Defendant.
                                                   RESPONSE DUE WITHIN THIRTY (30)
16                                                 DAYS

17
                Plaintiff Wells Fargo Bank. N.A. commenced this action against Defendant Raymond
18
        Daniels on April 16, 2021. (ECF No. 1.) For the reasons that follow, the Court will order Plaintiff
19
        to show cause why this case should not be dismissed without prejudice for failure to prosecute.
20
                On June 24, 2021, Plaintiff filed an ex parte application seeking to leave to serve
21
        Defendant by publication. (ECF No. 9.) The application was granted on September 15, 2021, and
22
        Plaintiff filed a proof of service by publication on October 19, 2021. (ECF Nos. 10, 11.) On
23
        December 1, 2021, Magistrate Judge Jennifer L. Thurston vacated the Initial Scheduling
24
        Conference in this case and directed Plaintiff to seek the Defendant's default. (ECF No. 14.)
25
        Plaintiff filed a request for entry of default on December 16, 2021, and the Clerk of Court entered
26
        Defendant's default the same day. (ECF Nos. 15-17.)
27
                To date, Plaintiff has not filed a motion for default judgment against Defendant or taken
28
        any further action in this case. Thus, the Court will order Plaintiff to show cause in writing why

                                                      1

this case should not be dismissed without prejudice for failure to prosecute. Alternatively, Plaintiff may comply with this order by filing a motion for default judgment against Defendant.

Accordingly, IT IS HEREBY ORDERED that, within thirty (30) days from the date of service of this order, Plaintiff shall either respond in writing and show cause why this case should not be dismissed for failure to prosecute, or shall file a motion for default judgment. Failure to respond to this order will result in a recommendation that this case be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **March 14, 2022**                     /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE