UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND DANIELS,<br><br>Defendant. | Case No. 1:21-cv-00643-JLT-BAK<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT<br><br>(ECF No. 21)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Wells Fargo Bank. N.A. ("Plaintiff") commenced this action against Defendant Raymond Daniels ("Defendant") on April 16, 2021. (ECF No. 1.) The Clerk of Court entered default against Defendant on December 16, 2021. (ECF Nos. 15-17.) On March 14, 2022, the Court issued an order requiring Plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute. (ECF No. 21.) Plaintiff was directed to file a response within 30 days. (*Id.*)

On April 13, 2022, Plaintiff filed a response to the order to show cause explaining that it is in the process of preparing a motion for default judgment. (ECF No. 22.) In light of Plaintiff's response, the Court will discharge the order to show cause and will set a deadline to file a motion for default judgment.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's March 14, 2022 order to show cause (ECF No. 21) is discharged; and
2. Within thirty (30) days of entry of this order, Plaintiff shall file its motion for default judgment against Defendant.

IT IS SO ORDERED.

Dated:  **April 14, 2022**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2