**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND DANIELS, <br><br> Defendant. | Case No. 1:21-cv-00643-JLT-CDB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT <br><br> (Doc. 34) |

The assigned magistrate judge issued findings and recommendations to grant Plaintiff's motion for default judgment. (Doc. 34.) Among other things, the findings and recommendations conclude that Plaintiff alleged a meritorious claim for breach of contract against Defendant in connection with Defendant's fraudulent transfer of funds between bank accounts, which caused Plaintiff $100,000 in monetary damages. (*Id*. at 10.) The findings and recommendations were served on Defendant at several physical addresses associated with Defendant via U.S. Mail in accordance with the Court's instructions. (*See* Docs. 36–38.) Defendant's deadline for filing objections if any was February 3, 2023, and as of the date of this Order, no objections have been filed. The findings and recommendations advised Defendant that "failure to file objections within the specified time may result in the waiver of rights on appeal." (Doc. 34); *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this

case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Based upon the foregoing:

1. The findings and recommendations issued on October 5, 2022 (Doc. 34) are **ADOPTED IN FULL**.
2. Plaintiff's motion for default judgment (Doc. 25) is **GRANTED** as follows:
   a. Default judgment shall be entered in favor of Plaintiff against Defendant Raymond Daniels for Plaintiff's claims for breach of contract, express contractual indemnity, and money had and received.
   b. Plaintiff is awarded:
      i. $100,000.00 in compensatory damages;
      ii. $21,665.49 in prejudgment interest; and
      iii. $22,086.08 in attorneys' fees and costs.
3. Plaintiff's claim for unjust enrichment (Doc. 1) is **DISMISSED WITH PREJUDICE**.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 14, 2023**

UNITED STATES DISTRICT JUDGE